[No. 21915-1-III.   Division Three.   April 29, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN MARTIN SANDOVAL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-02633-3, C. James Lust, J., entered March 21, 2003. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kato, C.J., and Brown, J. Now published at 123 Wn. App. 1.

[No. 49244-6-I.   Division One.   May 3, 2004.]

RICHARD HOWARD III, *Appellant*, v. BEN MCMILLAN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-14965-5, Donald D. Haley, J., entered September 28, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Schindler, J., concurred in by Baker and Becker, JJ.

[No. 51111-4-I.   Division One.   May 3, 2004.]

THE CITY OF NORTH BEND, *Petitioner*, v. THE CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

ROBERT S. YERKES, *Appellant*, v. THE CENTRAL PUGET SOUND GROWTH MANAGEMENT HEARINGS BOARD, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-34435-8, J. Kathleen Learned, J., entered August 23, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Grosse, J., concurred in by Appelwick, J.; Becker, J., concurring separately.